JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    Email: jennifer.s.wang@usdoj.gov

Attorneys for Defendant

MICHAEL S. MORSE
MORSE, BOLINGER & ASSOCIATES
2300 Contra Costa Blvd., Suite 285
Pleasant Hill, CA 94523
(925) 671-2200
(925) 671-0104 (fax)
mike@calsubrolaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE and ) <br> DOES ONE THROUGH TEN, ) <br> ) <br> Defendants. ) | Case No. C08-5449 EMC <br><br> **NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING CURRENT DATES** |

    Please take notice that the above-captioned case has settled. The parties will be filing a settlement agreement shortly for the Court's approval. The parties jointly request that all current dates be vacated.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: February 17, 2009 | |
|   | /s/ Jennifer S. Wang<br>JENNIFER S WANG<br>Assistant United States Attorney |
|   |   |
|   | MORSE, BOLINGER & ASSOCIATES |
| Dated: February 17, 2009 | |
|   | /s/ Michael S. Morse<br>MICHAEL S. MORSE<br>Attorney for Plaintiff Allstate Insurance Co. |

### ORDER

Having been informed that the parties have reached a settlement in this case, the Court ~~hereby vacates all pending dates.~~ reset the case management conference from 3/11/09 to 4/8/2009 at 1:30 p.m. A joint CMC statement shall be filed by 4/1/2009. The 4/8/09 hearing will be vacated once a stipulation for dismissal is filed.

**IT IS SO ORDERED.**

Dated: February 24, 2009

_____
HON. EDWARD M. CHEN
United States Magistrate Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF SETTLEMENT
Case No. C 08-5449 EMC             2