1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone:     (415) 436-6967
        Facsimile:     (415) 436-6748
        Email:         jennifer.s.wang@usdoj.gov
7
8  Attorneys for Federal Defendant

9  MICHAEL S. MORSE
   MORSE, BOLINGER & ASSOCIATES
10 2300 Contra Costa Blvd., Suite 285
   Pleasant Hill, CA 94523
11 (925) 671-2200
   (925) 671-0104 (fax)
12 mike@calsubrolaw.com

13 Attorney for Plaintiff

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17 ALLSTATE INSURANCE COMPANY,      )   No. C 08-5449 EMC
                                    )
18            Plaintiff,            )
                                    )
19       v.                         )   STIPULATION AND [PROPOSED]
                                    )   ORDER OF DISMISSAL WITH
20 UNITED STATES POSTAL SERVICE and )   PREJUDICE
   DOES ONE THROUGH TEN,           )
21                                  )
              Defendants.           )
22 _____ )

23      Whereas a settlement of this action has been reached between the parties in this action, it

24 is hereby stipulated and agreed by and between the parties in this action that a Dismissal with

25 Prejudice be entered in this action.

26                                  Respectfully submitted,

27 Dated: 3/23/09

28                                  CURTIS HOCOM
                                    Plaintiff,
                                    ALLSTATE INSURANCE CO.

1

2   Dated: 3-22-9

3

4   Dated: April 7, 2009

5

6

7

8

9

10

         MORSE, BOLINGER & ASSOCIATES

         MICHAEL S. MORSE
         Attorney for Plaintiff

         JOSEPH P. RUSSONIELLO
         United States Attorney

         JENNIFER S WANG
         Assistant United States Attorney
         Attorneys for Defendant

### [PROPOSED] ORDER

11       The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed.

12  All pending dates are hereby vacated.

13  IT IS SO ORDERED.

14

15       April 7, 2009

16  Dated: _____

17

18

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HON
United

19

20

21

22

23

24

25

26

27

28